## Brann & Stuart Company, Appellant, *v.* Consolidated Sun Ray, Inc.

Argued April 26, 1963. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William F. Scheid, Jr.,* with him *Mancill, Cooney, Semans and Hedges,* for appellant.

*Morris Wolf,* with him *Franklin H. Spitzer, Isadore Gottlieb, Milton C. Sharp,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellees.

OPINION PER CURIAM, October 10, 1963: Judgment affirmed.